UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

-v-

DANNY J. URQUHART

    Defendant

Case No. 10-14877
Hon. Robert H. Cleland
Claim No. 2010A88772

---

### ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on   12/20/2011

PRESENT: HONORABLE ROBERT H. CLELAND

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of CHARLES J. HOLZMAN, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **COMPLETE CAPITAL SERVICES, LLC.** requesting a copy of the Defendant's mortgage application.

Dated: _12/20/2011

                                s/Robert H. Cleland
                                UNITED STATES DISTRICT COURT JUDGE